United States Courts
Southern District of Texas
FILED
*January 07, 2025*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH GRAMS,<br>Defendant | Case No. **4:25-cr-0003**<br><br>One Count: 14 U.S.C. § 521(c) |

# INDICTMENT

On or about August 15, 2024, in the Southern District of Texas, the defendant,

JOSEPH GRAMS,

did knowingly and willfully communicate a false distress message to the Coast Guard and knowingly and willfully caused the Coast Guard to attempt to save lives and property when no help was needed. All in violation of 14 U.S.C. § 521(c).

TRUE BILL

Original Signature on File
FOREPERSON OF THE GRAND JURY

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

*Alexander L. Alum*
ALEXANDER L. ALUM
ASSISTANT UNITED STATES ATTORNEY