**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 4:25–cr–00003 |
| | § | |
| Joseph Grams | § | |

## **SCHEDULING ORDER**

1. February 13, 2025 — All motions will be filed no later than this date. <u>All motions except motions to suppress evidence and motions to dismiss will contain an averment that the movant has conferred with the respondent and that counsel cannot agree about the disposition of the motion.</u>

2. February 21, 2025 — Responses to motions will be filed no later than this date.

3. March 14, 2025 at 10:00 AM — Pretrial Conference before Judge George C. Hanks, Jr. United States Courthouse, Ninth Floor, Courtroom 9C, Houston, Texas.
   **DEFENDANT MUST BE PRESENT**

4. March 24, 2025 at 09:00 AM — This case is set for jury trial on this date and time. No later than one business day before this date each counsel will file and deliver to opposing counsel and the court's chambers, a proposed charge to the Jury, an exhibit list, copies of all documents and photographs to be offered as exhibits, and a witness list.

5. 3 days — Estimated Trial Time

<u>The court will not consider any papers filed within seven days of any conference, hearing, or sentencing unless counsel delivers copies of such papers to chambers the day they are filed.</u>

Direct questions regarding this schedule to Kimberly Picota, Case Manager, U.S. District Clerk's Office, 515 Rusk, 5th Floor, Houston, TX 77002; phone: 713-250-5406.

SIGNED at Houston, Texas on February 3, 2025.

*Christina A. Bryan*
Christina A. Bryan
United States Magistrate Judge