United States District Court
Southern District of Texas
**ENTERED**
March 03, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 4:25-CR-0003-1 |
| § | |
| JOSEPH GRAMS § | |
| Defendant. § | |
| § | |

## ORDER OF REFERRAL

This cause is hereby referred to United States Magistrate Richard W. Bennett for the purpose of administering the plea of guilty, subject to the final approval and imposition of sentence by this Court.

SIGNED at Houston, Texas on March 3, 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE