## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                        Case Number: 4:25−cr−00003

Joseph Grams

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Richard W Bennett

**PLACE:**
Courtroom 700
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:**  3/24/2025

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

Date:    March 5, 2025

Nathan Ochsner, Clerk