IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Government, | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-25-3 |
| | § | |
| JOSEPH GRAMS, | § | |
| | § | |
| Defendant. | § | |

**CONSENT TO ADMINISTRATION OF GUILTY PLEA and
FEDERAL RULE OF CRIMINAL PROCEDURE 11 ALLOCUTION
BY UNITED STATES MAGISTRATE JUDGE**

I, **JOSEPH GRAMS**, the Defendant in this cause, with the advice and counsel of my attorney, **Natalie Awad** hereby agree and consent to be advised of my rights and enter a voluntary plea of guilty before the Honorable Richard W. Bennett, United States Magistrate Judge for the Southern District of Texas, Houston Division. I understand that my guilty plea is subject to approval and final acceptance by the **Honorable George C. Hanks, Jr.** United States District Court Judge for the Southern District of Texas, Houston Division, and that sentencing will be conducted by the **Honorable George C. Hanks, Jr.**

Signed on this 24th day of March 2025, at Houston, Texas.


JOSEPH GRAMS
Defendant's Name


_____        _____
Defendant                                                                   Attorney for Defendant


_____
Assistant United States Attorney