United States District Court
Southern District of Texas
**ENTERED**
April 09, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIM. NO. 4:25-cr-0003 |
| | § | |
| JOSEPH GRAMS, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING GUILTY PLEA AND FINDING OF GUILT

The United States Magistrate Judge submitted his Report and Recommendation that this court accept the guilty plea of Defendant Joseph Grams ("Defendant") and find him guilty of Count One of the Indictment charging him with False Distress Message to the United States Coast Guard, in violation of Title 14 U.S.C. § 521(c).  No objections have been filed to his Report and Recommendation.

After the *de novo* review required under 28 U.S.C. § 636(b)(1)(C), this court finds that the record and law support the Magistrate Judge's Report and Recommendation.  The court accepts the Report and Recommendation.

Accordingly, this court finds that Defendant is fully competent and capable of entering an informed plea, that he is aware of the nature of the charge made against him and the consequences of his plea, and his guilty plea is knowing and voluntary.  Further, this court finds his guilty plea is supported

by an independent basis in fact, containing each of the essential elements of the charged offense.

Thus, Defendant is **GUILTY** of the offense of False Distress Message to the United States Coast Guard, in violation of Title 14 U.S.C. § 512(c).

SIGNED at Houston, Texas on this 9th day of ____April____, 2025.

_____
George C. Hanks, Jr.
United States District Judge

2